## IN THE MATTER OF CLAUS L. ROBERTS.

## No. 1849.

SUBMITTED JANUARY 16, 1939.        DECIDED JANUARY 16, 1939.

COKE, C. J., PETERS AND KEMP, JJ.

*Per Curiam.* On October 5, 1928, a judgment of disbarment was entered herein against Claus L. Roberts, an attorney licensed to practice in the district courts of the Territory. (See 30 Haw. 588.) Mr. Roberts has now filed his petition for reinstatement based upon the affidavit of himself and others and a petition in his behalf signed quite generally by members of the bar of Honolulu. The petition was referred to Honorable J. V. Hodgson, attorney general

of the Territory, who appeared at the hearing and signified his assent to the prayer of the petition and it appears that Mr. Roberts has at all times since his disbarment as aforesaid faithfully observed the former judgment of this court and has deported himself with commendable propriety and no objection being offered the petition will be granted and an order to that effect will be made on presentation.

*W. H. Heen* for the petition.